UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LARRY HARRINGTON and LORI HARRINGTON,

    Plaintiffs,

v.                          Case No: 2:15-cv-522-FtM-29MRM

REGIONS BANK,

    Defendant.

## ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. #19) filed on August 5, 2016. On January 29, 2016, the Court granted defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. #16) pending notification of the arbitrability of the case. (Doc. #18.) The parties have settled and stipulated to the dismissal of the case, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to remove the stay flag, terminate any pending deadlines, and to close the case pursuant to the parties' stipulation.

    **DONE and ORDERED** at Fort Myers, Florida, this __9th__ day of August, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record